FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent, *v.* HURON COLBY et al., Appellants.

*Fidelity & Deposit Co. of Maryland* v. *Colby*, 148 App. Div. 363, affirmed.

(Argued January 26, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 16, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover the amount of an overdraft by defendants on plaintiff's assignee, the Marine National Bank of Buffalo, with which they had a bank account.

*Frederick Haller* for appellants.

*Roland Crangle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLIARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.